UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

AMMAR HARRIS,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No. 2:24-cv-01430-RFB-EJY

**ORDER**

On March 17, 2025, the Court entered an Order requiring the Nevada Attorney General to file a notice advising the Court and Plaintiff of "(a) the names of the defendants for whom it accepts service; (b) the names of the defendants for whom it does not accept service, and (c) the names of the defendants for whom it is filing the last-known-address information under seal." ECF No. 47. As to any of the named defendants for whom the Attorney General's Office could not accept service, the Attorney General's Office was required to file, under seal, but without serving Plaintiff, "the last known address(es) of those defendant(s) for whom it has such information." *Id.*

On April 7, 2025, the Attorney General filed a Notice of Acceptance of Service on behalf of Defendants Wilson Bernales, Jaymie Cabrera, James Dzurenda, Dr. Ted Hanf, Dr. David Rivas, Adrienne Thompson, and Dr. Kenneth Williams. ECF No. 50. The Attorney General did not accept service on behalf of Defendants Dr. Gregory Bryan and Governor Joseph Lombardo. *Id.* The last known addresses for Dr. Bryan and Governor Lombardo were filed under seal. ECF No. 51.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue summonses for Dr. Gregory Bryan and Governor Joseph Lombardo and deliver the same to the U.S. Marshal's Office for service together with two copies of (1) this Order, (2) Plaintiff's Amended Complaint (ECF No. 34), (3) the Court's Screening Order (ECF No. 47), and (4) the addresses for Dr. Bryan and Governor Lombardo filed under seal (ECF No. 51).

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff two USM-285 forms together with a copy of this Order. Plaintiff **must** complete the USM-285 forms for Dr.

1

Gregory Bryan and Governor Joseph Lombardo to the best of his ability and return the same to the U.S. Marshal by mail no later than **April 29, 2025**.  The completed USM-285 forms may be mailed to:

> Gary G. Schofield
> U.S. Marshal, District of Nevada
> Lloyd D. George Federal Courthouse
> 333 Las Vegas Blvd. S., Suite 2058
> Las Vegas, Nevada 89101

IT IS FURTHER ORDERED that the U.S. Marshal **must** attempt to effect service of this Order, Plaintiff's Amended Complaint (ECF No. 34), the Court's Screening Order (ECF No. 47), and the Summonses on Dr. Gregory Bryan and Governor Joseph Lombardo no later than **twenty-one (21) days** after receipt of the completed USM-285 forms.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Dr. Gregory Bryan and Governor Joseph Lombardo may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

Dated this 8th day of April, 2025.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE