UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMAR HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendants. | Case No. 2:24-cv-01430-RFB-EJY<br><br>**ORDER** |

On April 25, 2025, the U.S. Marshal Service filed the Summons returned unexecuted as to Defendant Dr. Gregory Bryan. ECF Nos. 59. The return of service indicates service on Dr. Bryan occurred on three separate occasions, between the hours of 8:30 a.m. and 4:30 p.m., to which there was "no answer." *Id.* These are hours when most individuals are at work and, therefore, does not demonstrate an inability to serve.

Accordingly, IT IS HEREBY ORDERED that the U.S. Marshal **must** attempt to effect service on three more occasions on Defendant Dr. Gregory Bryan no later than twenty-one (21) days from the date of this Order. These attempts must be made at Defendant's last known address at times of the day other than the normal business working hours.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a second Summons for Dr. Gregory Bryan and deliver the same to the U.S. Marshal Service together with copies of (1) this Order, (2) the Court's April 8, 2025 Order at ECF No. 53; (3) the Screening Order at ECF No. 47; (4) Plaintiff's Amended Complaint at ECF No. 34; and (5) the Submission of the Last Known Address filed under seal at ECF No. 51.

Dated this 1st day of May, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1