Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Ammar Harris

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris,<br><br>Plaintiff,<br><br>v.<br><br>Wilson Bernales, *et al.*,<br><br>Defendants. | Case No. 2:24-cv-01430-RFB-EJY<br><br>**Stipulation for Extension of Time to file Amended Complaint (Third Request)** |

The parties respectfully request the Court extend the deadline for filing a counseled amended complaint, currently set for July 27, 2026 (ECF No. 106), for 60 days, until September 25, 2026. In support of this stipulation and to demonstrate good cause the parties represent as follows.

This is a section 1983 case brought by Ammar Harris, a prisoner in the Nevada Department of Corrections (NDOC). Mr. Harris alleges NDOC defendants were deliberately indifferent to his medical needs.

Mr. Harris had litigated this case pro se for several years until counsel's appointment in April 2026. Defendants had filed a motion to dismiss alleging, inter alia, that the pro se complaint was barred by qualified immunity. (ECF No. 67). The

Court denied this motion without prejudice at a February 2, 2026 hearing, finding that "Mr. Harris has shown through the allegations in his Amended Complaint that he may be able to make out a viable deliberate indifference claim that overcomes qualified immunity with the assistance of his full and complete medical records." ECF No. 91.

Whilst still pro se, Mr. Harris moved to extend the deadline for filing the amended complaint. ECF 97. The Court granted this unopposed motion shortly before counsel's appointment, extending the deadline until April 27, 2026. ECF 99. The Court subsequently granted newly appointed counsel's motion to extend the deadline a further 90 days. ECF Nos. 102, 106.

Since this extension was granted, the Federal Public Defender has worked diligently to obtain, organize, and review Mr. Harris's medical records, which the Court expects to be the basis of the counseled amended complaint. Counsel has obtained from Mr. Harris records previously provided by the Attorney General, totaling approximately 700 pages. Counsel has also obtained additional records pertinent to Mr. Harris's injury and treatment totaling thousands of pages. Notwithstanding counsel's diligence, however, the collection, organization, and review of this large body of records, and the preparation of an amended complaint based upon them, has proven to be a complex and time-consuming task for which additional time is needed.

Additional time is also necessary for Mr. Harris's counsel to review transcripts of prior hearings in which Mr. Harris was pro se, in which counsel understands issues regarding the complaint were discussed with the Court. Counsel had requested these transcripts to be prepared several weeks ago, and just obtained them on July 22.

Counsel for both parties agree that a 60 day extension of the deadline is appropriate, that there is good cause for this requested extension, and that it is being sought in good faith and not for any improper purpose.

Dated July 23, 2026

Aaron D. Ford
Attorney General

*/s/ Samuel L. Pezone*
Samuel L. Pezone
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

[signature]
U.S. Magistrate Judge

Dated: July 24, 2026