Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Ryan Norwood
Assistant Federal Public Defender
Pennsylvania State Bar No. 332919
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Ryan_Norwood@fd.org

*Attorney for Plaintiff Ammar Harris

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Ammar Harris,<br>Plaintiff,<br>v.<br>Wilson Bernales, *et al.*,<br>Defendants. | Case No. 2:24-cv-01430-RFB-EJY<br>**Stipulation for Extension of Time to file Amended Complaint (Fourth Request)** |

The parties respectfully request the Court extend the deadline for filing a counseled amended complaint, currently set for September 25, 2026 (ECF No. 116), for 56 days, until November 20, 2026. In support of this stipulation and to demonstrate good cause the parties represent as follows.

This is a section 1983 case brought by Ammar Harris, a prisoner in the Nevada Department of Corrections (NDOC). Mr. Harris alleges NDOC defendants were deliberately indifferent to his medical needs.

Mr. Harris had litigated this case pro se for several years until counsel's appointment in April 2026. Defendants had filed a motion to dismiss arguing, inter

alia, that the pro se complaint was barred by the doctrines of qualified immunity and claim preclusion. (ECF No. 67). The Court denied this motion without prejudice at a February 2, 2026 hearing, finding that "Mr. Harris has shown through the allegations in his Amended Complaint that he may be able to make out a viable deliberate indifference claim that overcomes qualified immunity with the assistance of his full and complete medical records." ECF No. 91.

Whilst still pro se, Mr. Harris moved to extend the deadline for filing the amended complaint. ECF 97. The Court granted this unopposed motion shortly before counsel's appointment, extending the deadline until April 27, 2026. ECF 99. The Court subsequently granted newly appointed counsel's motions to further extend the deadlines. ECF Nos. 106, 116.

Since this extension was granted, the Federal Public Defender has worked diligently to prepare an amended petition. As previously noted, this case involves a large volume of records which the Court expects to be the basis of the counseled amended complaint. The Federal Defender has obtained from Mr. Harris records previously provided by the Attorney General, totaling approximately 700 pages. Counsel has also obtained additional records pertinent to Mr. Harris's injury and treatment totaling thousands of pages. The Federal Defender has obtained and reviewed transcripts of prior hearings in this matter, and has reviewed an earlier case filed by Mr. Harris. The Federal Defender has also met extensively with Mr. Harris. Notwithstanding counsel's diligence, however, this has proven to be a complex matter for which additional time is needed to prepare the petition expected by the Court.

Additional time is also necessary because of Mr. Harris's counsels' schedule. The Federal Public Defender has accepted appointment in a large number of Section 2241 immigration cases, particularly over the past several months. Counsel working on Mr. Harris's case have been asked to assist with these cases, which

involve tight court deadlines and imprisoned clients, many of whom have strong claims for relief, and counsel's necessary work on these cases have occupied much of their time. Undersigned counsel has other deadlines as well, including a response to a summary judgment motion in *Davis v. Minev*, 2:22-cv-1796-RFB-DJA, which is currently due on September 28, 2026. Counsel have also been unavailable to work on this case for a good part of September because of personal circumstances.

Counsel for both parties agree that a 56 day extension of the deadline is appropriate, that there is good cause for this requested extension, and that it is being sought in good faith and not for any improper purpose. Counsel for Mr. Davis have budgeted time to complete the amended petition in November and expect to meet the November 20 deadline respectfully requested in this Stipulation.

Dated September 25, 2026

Aaron D. Ford
Attorney General

*/s/ Samuel Pezone*
Samuel L. Pezone
Deputy Attorney General

Rene L. Valladares
Federal Public Defender

*/s/ Ryan Norwood*
Ryan Norwood
Assistant Federal Public Defender

IT IS SO ORDERED:

U.S. MAGISTRATE JUDGE

Dated: September 25, 2026